WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stone & Kelso LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Allied Insurance Company of America, et al.,<br><br>    Defendants. | No. CV-20-00160-TUC-JCH<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation to Extend Deadline for Plaintiff to Respond to Defendant Allied Insurance Company's Motion for Summary Judgment ("Stipulation") (Doc. 140). Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Stipulation (Doc. 140). Plaintiff shall have through Monday, April 4, 2022, to file a response to Defendant's Motion for Summary Judgment.

Dated this 17th day of March, 2022.

Honorable John C. Hinderaker
United States District Judge